UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 19-cv-1551 (ABJ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ANSWER

Defendant U.S. Department of Health and Human Services ("HHS") hereby answers the Complaint of Human Rights Defense Center, ECF No. 1, as follows:

The first unnumbered paragraph of the complaint contains Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendant denies.

### JURISDICTION AND VENUE

1. Paragraph 1 consists of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant admits that this Court has subject matter jurisdiction over proper Freedom of Information Act ("FOIA") actions.

2. Paragraph 2 consists of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant admits that this Court is a proper venue for FOIA actions.

## PARTIES

3. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Admit.

## FACTUAL ALLEGATIONS

5. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6.

7. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9.

10. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10.

11. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11.

12. Admit.

13. Admit.

14. Admit.

15. With respect to the allegations in Paragraph 15, Defendant admits that it received a FOIA request from Plaintiff dated December 3, 2018. The remaining allegations in paragraph 15 consist of Plaintiff's characterization of that FOIA request, to which no response is required. That FOIA request speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that FOIA request for a full and accurate statement of its contents.

16. The allegations in paragraph 16 consist of Plaintiff's further characterization of its FOIA request dated December 3, 2018, to which no response is required. That FOIA request speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that FOIA request for a full and accurate statement of its contents.

17. The allegations in paragraph 17 consist of Plaintiff's further characterization of its FOIA request dated December 3, 2018, to which no response is required. That FOIA request speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that FOIA request for a full and accurate statement of its contents.

18. Admit.

19. Admit.

20. With respect to the allegations in Paragraph 20, Defendant admits that it has not released records in response to Plaintiff's December 3, 2018 FOIA request described in paragraph 15 of the Complaint, and avers that it is actively processing that request.

## CLAIM FOR RELIEF

21. Defendant repeats the responses in the foregoing paragraphs and incorporates them as though fully set forth herein.

22. Paragraph 22 consists of conclusions of law, to which no response is required.

23. Paragraph 23 consists of conclusions of law, to which no response is required.

24. Paragraph 24 consists of conclusions of law, to which no response is required.

25. Paragraph 25 consists of conclusions of law, to which no response is required.

The remaining paragraphs of the Complaint beginning with "HRDC therefore" consist of Plaintiff's requests for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

* * *

Defendant hereby denies each and every allegation in the Complaint not expressly admitted or qualified above.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief to the extent that they exceed the relief authorized by statute under the FOIA.

### Third Affirmative Defense

Some or all of the records requested by Plaintiff are exempt from disclosure. *See* 5 U.S.C. § 552(b).

### Fourth Affirmative Defense

Plaintiff is not entitled to attorneys' fees or costs.

Dated: June 27, 2019

Respectfully Submitted,

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534